UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DAVID M. LANZET, on behalf of himself and all
others similarly situated,

                Plaintiff,

           -against-

VICAL INCORPORATED, VIJAY B. SAMANT,
ROBER C. MERTON, R. GORDON DOUGLAS,
RICHARD M. BELESON, GEORGE J.
MORROW, GARY A. LYONS, and THOMAS E.
SHENK,

                Defendants.
------------------------------------- x

ORDER

19 Civ. 7528 (GBD)



GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 14, 2019
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge